FILED
2019 Jul-30  AM 09:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSHUA H. BOYD, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:17-cv-01588-LSC |
| MEDTRONIC, PLC, | ) | |
| Defendant. | ) | |

## Order

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice as to Count I (Doc. 70) filed on July 29, 2019. Accordingly, this case is DISMISSED WITH PREJUDICE, and costs are taxed as paid.

**DONE** and **ORDERED** on July 30, 2019.

_____
L. Scott Coogler
United States District Judge

194800